IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROSALIA RODRIGUEZ GUTIERREZ,       *

          Petitioner,       *

v.                           Case No.  4:26-cv-363 (CDL)

                                   *

WARDEN STEWART DETENTION CENTER,
*et al*.,                      *

          Respondents.     *

## J U D G M E N T

Pursuant to this Court's Order dated April 10, 2026 and for the reasons stated therein, JUDGMENT is hereby dismissing this action.

This 10th day of April 2026.

                             David W. Bunt, Clerk

                             s/ Timothy L. Frost, Deputy Clerk